UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO: 06-20753-CR-GOLD

            Plaintiff,

VS.

DAVID LLOYD CAMERON,
TAMERA NICOLE KING,

            Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S  REPORT & RECOMMENDATION

On June 11, 2007, this matter came for hearing pursuant to this Court's order setting oral argument on the defendants' objections [DE 61 and DE 62] and the Government's response thereto [DE 66] to Chief Magistrate Judge Ted E. Bandstra's Report and Recommendation on the following motions:

1) Defendant Cameron's motion to suppress evidence and request for *Franks* hearing and memorandum of law in support thereof [DE 37].

2) Defendant Cameron's motion to sever Count X from the indictment [DE 38].

3) Defendant King's motion to adopt co-defendant Cameron's motion to suppress and King's motion to suppress evidence and incorporated memorandum of law [DE 39].

A review of the docket sheet reveals that on May 30, 2007, an evidentiary hearing was held before Chief Magistrate Judge Ted E. Bandstra and on June 1, 2007, he issued a Report and Recommendation [DE 58] recommending that the motions delineated herein be denied.

After a *de novo* review of all of the submissions of the parties and the record in this case, it is hereby

**ORDERED AND ADJUDGED** as follow:

1) This Court hereby adopts and affirms the Report and Recommendation of the Chief Magistrate Judge, along with all of its findings of fact and conclusions of law.

2) The defendants' motions, delineated herein and identified on the docket sheet with docket numbers 37, 38 and 39, are hereby denied.

U.S.A. VS. CAMERON, ET. AL., CASE NO. 06-20753 CR GOLD

**DONE AND ORDERED** at Miami, Florida, this _____12th_____ day of June, 2007.

_____

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:   Chief Magistrate Judge Bandstra
      AUSA James A. Koukios
      Roderick Vereen, Esquire for Cameron
      AFPD Faith Mesnekoff for King